Glenda Kerry  
Counsel for Appellant  
Law Office of Glenda J. Kerry  
P.O. Box 1604  
Girdwood, AK  99587  
(907) 250-3099, 783-1200  
Fax (877) 854-3099  
glendakerry@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Appellee, ) | |
| ) | |
| v. ) | |
| ) | |
| LONNIE G. VERNON, ) | |
| ) | D.Ct. No. 3:11-cr-00028-RJB-1 |
| Defendant/Appellant, ) | C.A. No. 13-30005 |
| _____ ) | |

**MOTION TO UNSEAL HEARING**

Lonnie Vernon requests that the sealed portion of the status hearing that occurred on September 24, 2012 be unsealed so that it can be transcribed. The clerk's office notified undersigned counsel that a portion of the September 24 hearing, found at docket 130, was *ex parte* and thus is sealed. Review of this hearing is necessary for purposes of appeal.

Respectfully submitted this 8th day of February, 2013.

/s/ Glenda Kerry  
Attorney for Lonnie Vernon

Certificate of Service.  
I certify that on February 8, 2013 a copy of the Motion to unseal hearing was served by electronic mail to all CM-ECF case participants.  
/s/ Glenda Kerry

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff/Appellee, ) <br> ) <br> v. ) <br> ) <br> LONNIE G. VERNON, ) <br> ) <br> Defendant/Appellant, ) <br> _____ ) | D.Ct. No. 3:11-cr-00028-RJB-1 <br> C.A. No. 13-30005 |

**(PROPOSED) ORDER GRANTING MOTION TO UNSEAL HEARING**

Lonnie Vernon's motion to unseal the sealed portion of the September 24, 2012 hearing is hereby GRANTED.

SO ORDERED this _____ day of February, 2013.

_____
The Honorable Robert J. Bryan